M. P. No. 774. LUCILLE AURORE RHEAUME *v.* DONALD HUGH RHEAUME. Motion for leave to file petition for writ of certiorari granted, writ to issue forthwith. Order granting stay in Family Court entered June 24, 1969 continued in effect until

further order of Court. *Max Levin*, for plaintiff. *Isidore Kirshenbaum, Alfred Factor*, for defendant.